FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-22-00195-CV

Glenn A. **ROUSCH**,
Appellant

v.

Robert **TAYLOR**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2021CV03286
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was originally due July 11, 2022. Neither the brief nor a motion for extension of time has been filed. We order appellant to file, on or before **July 29, 2022**, his appellant's brief and a written response reasonably explaining (1) his failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, his appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court